PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.              Crim. No. CR204-00031-001

William Joseph Davis

     On February 8, 2005, the above-named was placed on probation for a period of one year. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that William Joseph Davis be discharged from probation.

Respectfully submitted,

*Barry Bargainner*
for Philip J. Lyons
U.S. Probation Officer

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
2005 AUG -4 P 3: 21

## ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this _4th_ day of _August_, 20_05_.

James E. Graham
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### PROBATION OFFICE

**RICHARD A. LONG**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148



AUGUSTA 30903
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

STATESBORO 30459
P. O. BOX 1179
PHONE: 912-764-8876
FAX: 912-764-6046

# **MEMORANDUM**

DATE:      August 2, 2005

TO:        Honorable James E. Graham
           United States Magistrate Judge

FROM:      Philip J. Lyons  *PJL*
           U.S. Probation Officer

RE:        William Joseph Davis
           CR204-00031-001
           Brunswick Division
           Represented by: Clyde M. Urquhart
           <u>Request for Early Termination</u>

On February 8, 2005, the aforementioned individual appeared before the Court and pled guilty to disorderly conduct, in violation of O.C.G.A. § 16-11-39. The Court sentenced Davis to twelve months probation. As part of his probation, the Court ordered Davis to pay a fine of $300. Further, as a special condition of his probation, the Court indicated Davis would be considered for early termination upon completion of six months of probation supervision and a recommendation of the probation officer.

Since being placed on probation, Davis has maintained a stable residence and has been gainfully employed by Better Built Cabinets, Woodbine, Georgia. Davis has paid his special assessment and his fine.

Davis has abided by all of the conditions of his probation and has made a favorable adjustment to supervision. Based on Davis's conduct while on supervision and in light of the early termination special condition of his probation, it is respectfully requested that Davis's case be early terminated.

Should the Court concur with this recommendation, an order terminating Davis's probation is attached for the Court's convenience.

Honorable James E. Graham
RE: DAVIS, William Joseph
August 2, 2005
Page 2

If you have any questions or are in need of further information, please advise.


Reviewed and approved by:

*/s/ Barry Bargainnier*
/Barry Bargainnier
/Supervisory U.S. Probation Officer

PJL/at

Attachments